FILED
CLERK U.S. DISTRICT COURT
FEB 13 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br>v.<br><br>Edon Moyal,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CR 13-48 / 13-62<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of _defendant_, IT IS ORDERED that a detention hearing is set for _February 15, 2013_, _____, at _2:00_ ☐a.m. / ☑p.m. before the Honorable _Jacqueline Chooljian_, in Courtroom _20, 312 N. Spring St. LA, CA 90012_

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _2/13/13_            _____[signature]_____
U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)                                                              Page 1 of 1